# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | |
|---|---|
| JANE ROE, | Case No. 1:18-cv-00312-TSB |
| Plaintiff, | Judge BLACK |
| v. | NOTICE OF DISMISSAL WITHOUT PREJUDICE |
| UNIVERSITY OF CINCINNATI, ET AL. | |
| Defendants | |

Pursuant to Fed. R. Civ. P. 41, Plaintiff Jane Roe respectfully submits this Notice of Dismissal This dismissal is made before the opposing party has served either an answer or a motion for summary judgment and is without prejudice.

Respectfully submitted,

    /s/ Joshua Adam Engel
Joshua Adam Engel (0075769)
Anne Tamashasky (0064393)
ENGEL AND MARTIN, LLC
4660 Duke Drive, Ste. 101
Mason, OH 45040
(513) 445-9600
(513) 492-8989 (Fax)
engel@engelandmartin.com

1

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the foregoing has been electronically served via the Court's CM/ECF system this 12th day of September upon all counsel of record.

    /s/ Joshua Adam Engel
Joshua Adam Engel (0075769)